Richard J. Daley, Mayor, Local Liquor Control Commissioner, Plaintiff-Appellant, v. License Appeal Commission, A. L. Cronin, Chairman, Normandy Lounge & Restaurant, Inc., Licensee, Defendants-Appellees.

Gen. No. 47,316. 

First District, Second Division.

June 17, 1958.

Released for publication July 15, 1958.

John C. Melaniphy, Corporation Counsel of City of Chicago (Sydney R. Drebin, and Harry A. Cooper, Assistant Corporation Counsel, of counsel), for plaintiff-appellant; Henry A. Kalcheim (Melvin E. Levinson, of counsel), for defendant-appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.